■ EMMA ADAMS, Respondent, v CITY OF NEW YORK, Defendant, and NEW YORK HOUSING AUTHORITY, Appellant. [825 NYS2d 914]—Order, Supreme Court, Bronx County (Alan Saks, J.), entered September 2, 2005, which denied defendant Housing Authority's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff filed a note of issue in December 2004. Three months later, the court ordered plaintiff to serve within 30 days a supplemental bill of particulars with respect to notice of the defective condition at issue, extending the Housing Authority's time to move for summary judgment until 45 days after receipt of the supplemental bill. The Housing Authority neither moved for summary judgment within the allotted time nor offered good cause for failure to do so, nor requested clarification of the court's directive, which it now claims was unclear (see Brill v City of New York, 2 NY3d 648 [2004]). Concur—Tom, J.P., Mazzarelli, Andrias, Marlow and Gonzalez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY VANDERHORST, Appellant. [827 NYS2d 678]—Judgment of resentence, Supreme Court, New York County (Budd G. Goodman, J.), rendered on or about March 17, 2004, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Andrias, Marlow and Gonzalez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD WRIGHT, Appellant. [825 NYS2d 915]—Order, Supreme Court, New York County (Ruth L. Sussman, J.), entered April 12, 2005, which adjudicated defendant a level three sex offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant's challenge to the choice of risk factors made by the Legislature and the Board of Examiners of Sex Offenders is unavailing (see People v Bligen, 33 AD3d 489 [2006]; People v Joe, 26 AD3d 300 [2006], lv denied 7 NY3d 703 [2006]). Concur—Tom, J.P., Mazzarelli, Andrias, Marlow and Gonzalez, JJ.